UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>HPTSHC PROPERTIES TRUST,<br><br>    Defendant. | Case No. 5:17-cv-02872-HRL<br><br>**ORDER FOR REASSIGNMENT TO A DISTRICT JUDGE**<br><br>**REPORT AND RECOMMENDATION RE DISMISSAL** |

Plaintiff having advised that this case settled (Dkt. 8), this court issued an Order to Show Cause setting an August 21, 2017 dismissal deadline (Dkt. 9). If no dismissal was filed by that date, then the parties were directed to file a response to the Order to Show Cause by August 22, 2017 and to appear for a show cause hearing on August 29, 2017, 10:00 a.m. No dismissal or show cause response has been filed, and no one appeared for the August 29 hearing.

Because not all parties have consented to the undersigned's jurisdiction, this court ORDERS the Clerk of the Clerk of the Court to reassign this case to a District Judge. Plaintiff having failed to show cause why this case should not be dismissed, the undersigned RECOMMENDS that the newly assigned judge dismiss this matter. Any party may serve and file

objections to this Report and Recommendation within fourteen days after being served.  Fed. R. Civ. P. 72.

Dated: August 30, 2017

HOWARD R. LLOYD
United States Magistrate Judge